THIRD DISTRICT—JULY, 1917.        539

Childers & Lillienstein v. Illinois Central R. Co., 206 Ill. App. 539.

## Childers & Lillienstein, Appellant, v. Illinois Central Railroad Company, Appellee.

### (Not to be reported in full.)

Appeal from the Circuit Court of Sangamon county; the Hon. JAMES A. CREIGHTON, Judge, presiding. Heard in this court at the October term, 1916. Affirmed. Opinion filed July 14, 1917.

### Statement of the Case.

Action by Childers & Lillienstein, a corporation, plaintiff, against the Illinois Central Railroad Company, defendant, to recover damages for injury to a mare shipped over defendant's railroad. From a judgment for defendant, plaintiff appeals.

This is one of a series of cases arising out of the same accident as in No. 6,646, *ante,* p. 535.

SMITH & FRIEDMEYER, for appellant.

GRAHAM & GRAHAM, for appellee; JOHN G. DRENNAN, of counsel.

MR. PRESIDING JUSTICE THOMPSON delivered the opinion of the court.

### Abstract of the Decision.

APPEAL AND ERROR, § 1241*—*when instructions may not be complained of.* A party may not complain of instructions announcing the same propositions that were requested and given at its instance.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.